```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE PAUL HOWARTH,            :
          Plaintiff             :
     v.                         : Civil Action No. 05-46J
GITTLER'S AQUARIUM AND AVIARY,  :
          Defendant             :
```

                          JUDGMENT ORDER

AND NOW, this 21st day of November, 2005, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, Gittler's Aquarium and Aviary, and against plaintiff, Leslie Paul Howarth.

                              BY THE COURT:


                              s/Gary L. Lancaster
                              GARY L. LANCASTER,
                              UNITED STATES DISTRICT JUDGE

cc:  Leslie Paul Howarth, Ph.D.
     211 Bentwood Avenue
     Johnstown, PA 15904-1333

     Michael J. Parrish, Esquire
     P.O. Box 280
     Johnstown, PA 15907-0289